IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henry, Sandra L | Case Number:  04 B 31514 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/20/07 | Filed:  8/25/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 5, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,134.36 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,975.49 |
| Priority: | | 0.00 |
| Administrative: | | 995.00 |
| Trustee Fee: | | 163.85 |
| Other Funds: | | 0.02 |
| Totals: | 3,134.36 | 3,134.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 995.00 | 995.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Instant Cash Advance | Secured | 0.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Unsecured | 49.40 | 493.99 |
| 5. | Americash Loans, LLC | Unsecured | 52.05 | 520.50 |
| 6. | Instant Cash Advance | Unsecured | 2.50 | 25.00 |
| 7. | Short Term Loans LLC | Unsecured | 35.80 | 358.00 |
| 8. | ECast Settlement Corp | Unsecured | 57.80 | 578.00 |
| 9. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 10. | Check Into Cash | Unsecured | | No Claim Filed |
| 11. | National Quick Cash | Unsecured | | No Claim Filed |
| 12. | USA Payday Loans | Unsecured | | No Claim Filed |
| 13. | Beneficial | Unsecured | | No Claim Filed |
| 14. | TCF Bank | Unsecured | | No Claim Filed |
| 15. | Marlinit | Unsecured | | No Claim Filed |
| 16. | A All Financial | Unsecured | | No Claim Filed |
| | | | $ 1,192.55 | $ 2,970.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 24.33 |
| 4% | 6.25 |
| 3% | 4.10 |
| 5.5% | 71.68 |
| 5% | 14.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Henry, Sandra L

Printed:  11/20/07

Case Number:  04 B 31514
Judge:  Hollis, Pamela S
Filed:  8/25/04

|       |       |
|-------|-------|
| 4.8%  | 25.72 |
| 5.4%  | 16.97 |
|       | _____ |
|       | $ 163.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_